SMITH v N Y C Rd Co

Ohio Supreme Court
No 21993.  Decided Mar 12, 1930

SROKA  v  GREEN  CAB  CO

No 22129.  Decided Mar 12, 1930

GREEN  CAB  CO  v  SROKA, et

No 22147.  Decided Mar. 12, 1930

Kinkade, Jones, Matthias, Day and Allen, JJ., concur.